■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY VILLA, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of attempted extortion.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDMUND V. PICCIOTTI, Appellant.— Order unanimously affirmed. (Appeal from order of Monroe County Court denying motion, following a hearing, to vacate a judgment of conviction entered March 9, 1955.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD SINK, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Onondaga County Court convicting defendant of the crime of perjury, second degree.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD PAUL JARVIS, Appellant.— Order unanimously affirmed. (Appeal from order of Onondaga County Court denying without a hearing motion to vacate judgment of conviction rendered December 27, 1956.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.